HERBERT M. KIMBALL, *Admr. vs.* MARY KELLY *et al.*

FEBRUARY 20, 1941.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

PER CURIAM. After the filing of our opinion the complainant, by leave of court, filed a motion for reargument. We

have carefully considered said motion and the reasons assigned therefor.

However, as the motion contains no matter which was not fully considered and passed upon before the filing of our opinion, the motion is denied and dismissed.

*Charles R. Easton,* for complainant.

*James J. Fogarty, Jr., Voigt, Wright, Munroe & Clason,* for respondents.